**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MARIA PEET, ET AL.** : | |
| : | |
| v. : | **CIVIL ACTION NO. 21-2696** |
| : | |
| **BOARD OF SUPERVISORS OF NEW** : | |
| **HANOVER TOWNSHIP** : | |

## ORDER

This 29th Day of October, 2021, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant Board of Supervisors of New Hanover Township's Motion to Dismiss, ECF 8, is **GRANTED** in part, and this case is **STAYED** pending the outcome of *Peet v. Board of Supervisors of New Hanover Township*, No. 19-1908 (Pa. Comm. Pls., Mont. Cty.).

    /s/ Gerald Austin McHugh
United States District Judge